DECEMBER 11, 1994

No. 94–7193 (A–425). KINNAMON *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

DECEMBER 12, 1994

No. 94–753. ST. CYR ET AL. *v.* HAYS ET AL. Affirmed on appeal from D. C. W. D. La.

No. 94–6817. HANN *v.* UNITED STATES. C. A. 5th Cir. It appearing that petitioner died December 3, 1994, certiorari dismissed.

No. —— ——. KIRKPATRICK *v.* CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. —— ——. WILDBERGER *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal denied.

No. D–1458. IN RE DISBARMENT OF COLE. Disbarment entered. [For earlier order herein, see 512 U. S. 1285.]

No. D–1459. IN RE DISBARMENT OF DURUSAU. Disbarment entered. [For earlier order herein, see 512 U. S. 1285.]